

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00064-CV

**GRABLE GRIMSHAW MORA, PLLC** and Brandon J. Grable,
Appellants

v.

**CHRISTOPHER J. WEBER, LLC**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI16984
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.
We tax costs of court for this appeal against Grable Grimshaw Mora, PLLC and Brandon J. Grable.

SIGNED July 21, 2021.

_____
Patricia O. Alvarez, Justice